■ In the Matter of DEPARTMENT OF SOCIAL SERVICES, PUTNAM COUNTY, on Behalf of KATHERINE PONTE, Respondent, v HOWARD J. WEHRENBERG, Appellant. — In a support proceeding, the father appeals from an order of the Family Court, Orange County (Mishkin, J.), dated March 29, 1982, which directed that he pay $200 per week in support, plus the medical and hospitalization expenses for the parties' three children. Order affirmed, with $50 costs and disbursements. The record adequately supports the findings of the hearing examiner. Mollen, P. J., Weinstein, Bracken and Rubin, JJ., concur.